IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDRE MCKENZIE,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　CASE NO. 4:06-cv-00554-MP-EMT

FLORIDA DEPARTMENT OF CORRECTIONS, JAMES MCDONOUGH, WALTER A MCNEIL,

    Respondents.
_____/

**O R D E R**

The prisoner in this case filed a 28 U.S.C. § 2254 action claiming that his counsel was ineffective in various ways. The Court in March of 2010 adopted the Report and Recommendation and held that several of the claims were not fairly presented to the state court and that the others involved reasonable strategic decisions of counsel.

The prisoner then filed Doc. 34, a motion to extension of time to file a motion for rehearing. The Court granted that motion. Rather than file a motion for rehearing, however, the prisoner filed a motion for leave to file a notice of appeal after issuance of a certificate of appealability, Doc. 36, and then a motion for issuance of a certificate of appealability, Doc. 37.

**ORDERED AND ADJUDGED:**

The motion at Doc. 36 is hereby construed as a notice of appeal, and having been given to the mail room at his facility is considered timely filed. The motion for certificate of appealability at Doc. 37, is denied: For the reasons stated in the order at Doc. 32 Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further.

**DONE AND ORDERED** this _15th_ day of March, 2011

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge